**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEON FREDERICK,

    Plaintiff,

                                              CASE NO.:  8:18-cv-01971-CEH-CPT

-vs-

AMERICAN FIRST FINANCE, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Leon Frederick, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                      */s/ John C. Distasio*
                                                      John C. Distasio, Esquire
                                                      Florida Bar No.: 096328
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 North Franklin Street, 7th Floor
                                                      Tampa, Florida 33602
                                                      Telephone: (813) 223-5505
                                                      Facsimile:  (813) 257-0571
                                                      JDistasio@ForThePeople.com
                                                      Cheyennereed@ForThePeople.com
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Jacqueline Simms-Petredis, Esq., BURR & FORMAN LLP, 201 North Franklin Street, Suite 3200, Tampa, Florida 33602, (jsimms-petredis@burr.com).  Zachary D. Miller, Esq., BURR & FORMAN LLP, 201 North Franklin Street, Suite 3200, Tampa, Florida 33602, (zmiller@burr.com).

                                                    */s/ John C. Distasio*
                                                    John C. Distasio, Esquire
                                                    Florida Bar No.: 096328