UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON FREDERICK,

    Plaintiff,

-vs-                                    CASE NO.:  8:18-cv-01971-CEH-CPT

AMERICAN FIRST FINANCE, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** Plaintiff, Leon Frederick, and Defendant, American First Finance, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 29th day of November, 2018.

| | |
|---|---|
| **/s/ John C. Distasio** | */s/ Jacqueline Simms- Petredis* |
| John C. Distasio, Esquire | Jacqueline Simms- Petredis, Esquire |
| Florida Bar No.: 096328 | Zachary D. Miller, Equire |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 201 N. Franklin St., Suite 3200 |
| 201 North Franklin Street, 7th Floor | Tampa, FL 33602 |
| Tampa, Florida 33602 | Telephone: (813) 221-2626 |
| Telephone: (813) 223-5505 | Facsimile: (813) 357-3534 |
| Facsimile:  (813) 257-0571 | jsimms-petredis@burr.com |
| JDistasio@ForThePeople.com | zmiller@burr.com |
| Cheyennereed@ForThePeople.com | *Counsel for Defendant* |
| *Attorney for Plaintiff* | |