UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON FREDERICK,

    Plaintiff,

v.                                        Case No: 8:18-cv-1971-T-36CPT

AMERICAN FIRST FINANCE, INC.,

    Defendant.
_____/

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 14). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 14).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own attorney's fees, costs and expenses.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on November 29, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record